THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT EVANS, Defendant-Appellant.

(No. 57066;

First District (2nd Division)—June 19, 1973.

Opinion by Mr. JUSTICE HAYES.

James J. Doherty, Public Defender, of Chicago, (Elliot M. Samuels, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and James Staruck, Assistant State's Attorneys, of counsel,) for the People.